**ORIGINAL**

FILED
08 FEB 15 PM 3: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150
   mak@kramerlawip.com
5

6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
8  Telephone (858) 362-3151
9  michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>RALLY MANUFACTURING, INC., a Florida Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No.<br><br>**'08 CV 305 BEN AJB**<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of cases related to the present case. Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether pending, dismissed, or otherwise terminated:

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Central Purchasing, LLC, et al.*, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Logitech, Inc., et al.*, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Metabo Corporation, et al.*, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sunbeam Products, Inc., et al.*, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Star Asia, U.S.A., LLC, et al.*, filed February 15, 2008 in the United States

District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Alltrade Tools, LLC., et al.*, Case No. 08cv232, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Motorola, Inc., et al.*, Case No. 3:08-cv-0136 LAB RBB, filed January 23, 2008 in the United States District Court for the District of Southern California.

Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS POR, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has a single different product at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed January 10, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*PowerStation LLC, et al v. Sorensen Research and Development Trust,* Case No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them, and also makes an unfair trade practices

claim. Consolidation is not recommended because case involves different parties and different products, and adds a state law cause of action.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Energizer Holdings, Inc., et al*, Case No. 3:07-CV-2321-BTM-CAB, filed December 11, 2007 in the United States District Court for the Southern District of California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed November 6, 2007 in the United States District Court for the Southern District of California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December 4, 2007 in this District. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed December 4, 2007 in this District. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed October 30, 2007 in the United States District Court for the Northern District of California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed November 1, 2007 in the United States District Court for the Northern District of

California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al*, Civil Case No.: 3:06-CV-1572-BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern District of California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*American Safety Razor Co. v. Sorensen Research & Development Trust*, Civil Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District Court for the District of Columbia. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the Northern District of Illinois. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed September 18, 2006 in the Southern District of California. The action was settled by the parties, and dismissed.

*Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Head USA Inc.* Civil Case No.: 06CV1434BTN CAB, filed July 2006 in the Federal District for the Southern District of California. The action was settled by the parties, and dismissed.

*Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research And Development Trust), and Sorensen Research And Development Trust.* Docket No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter was transferred and consolidated with the *Sorensen Research And Development Trust v. Head USA Inc.* action filed in the Southern District of California, Civil Case

No.: 06CV1434BTM CAB. The action was later settled by the parties, and dismissed.

*Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen Research and Development Trust.* Docket No. 1:06-cv-91-JM filed March 8, 2006 in the Federal District of New Hampshire. The matter was transferred and consolidated with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.*, Civil Case No. 06CV1941 B MLS, filed in the Southern District of California. The action was later settled by the parties.

*Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA, LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey. This matter has been settled and dismissed.

*In the Matter of Certain Automobile Tail Light Lenses And Products Incorporating Same.* Investigation No. 337-TA-502 filed in the United States International Trade Commission. The matter was remanded after appeal to the Federal Circuit Court of Appeals, then settled and dismissed.

*Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.* Case No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California. The matter was settled and dismissed.

*Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.* Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western District of North Carolina. The matter was never served and was dismissed.

*Digital Innovations LLC v. Sorensen Research and Development Trust.* Case No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern District of Illinois. The matter was never served and was dismissed.

Case No. _____

8.

*Big Lots v. Sorensen Research and Development Trust.* Case No. 2:06-cv-1089, filed December 29, 2006 in the Federal Court for the Southern District of Ohio. The matter was never served and was dismissed.

*Bon-Aire v. Sorensen Research and Development Trust.* Case No. 07-cv-054-S, filed January 2007 in the Federal Court for the District of Idaho. The matter was never served and was dismissed.

*Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development Trust.* CIV. NO. CV106-160 in the Federal Court for the Southern District of Georgia on October 30, 2006. The matter was never served and was dismissed.

*Sorensen et al v. International Trade Commission et al.* 427 F.3d 1375 (Fed.Cir., 2005). After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

DATED this February 14, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> Melody A. Kramer, Esq.
> J. Michael Kaler
> Attorney for Plaintiff

Case No. _____

9.