ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

RALLY MANUFACTURING, INC., a Florida Corporation; and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CV 305 BEN AJB

TO: (Name and address of Defendant)

Rally Manufacturing, Inc.
Kaplan, Abbey L.
201 S. Biscayne Blvd., Suite 1970
Miami, Florida 33131

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

CLERK

(By) DEPUTY CLERK

DATE    FEB 1 5 2008

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 22, 2008 |
| NAME OF SERVER *(PRINT)* Melody A. Kramer | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed via Certified Mail to the following address: 201 S. Biscayne Blvd., Suite 1970, Miami, Florida 33131

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $6.45 | $6.45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 20, 2008
              Date

*Signature of Server*

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com