

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

MIAMI FL 33131

| | | |
|---|---|---|
| Postage | $ | $1.65 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45 |

Sent To: Rally Manufacturing, Inc.
Street, Apt. No.; or PO Box No.: Kaplan, Abbey L.
City, State, ZIP+4: 201 S. Biscayne Blvd., Suite 1970
Miami, Florida 33131

PS Form 3800, January

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Rally Manufacturing, Inc.
Kaplan, Abbey L.
201 S. Biscayne Blvd., Suite 1970
Miami, Florida 33131

4a. Article Number
7001 0320 0004 3040 1441

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X Joel Rodriguez

PS Form **3811**, December 1994          102595-98-B-0229   Domestic Return Receipt