MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>RALLY MANUFACTURING, INC., a Florida Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08 cv 305 BTM CAB<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**<br><br>Date: May 23, 2008<br>Time: 11:00 a.m.<br>Hon. Barry T. Moskowitz |

1  PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research & Development Trust, hereby requests that the Court hear oral argument on Plaintiff's Motion to Modify Patent Local Rules Schedule to Accelerate Identification of Claimed Invalidating Prior Art (Docket # 8).

Oral arguments are requested because the relief sought is novel, but highly important to judicial efficiency of this case, and the related '184 patent cases.

DATED this Friday, March 28, 2008.

                              JENS ERIK SORENSEN, as Trustee of
                              SORENSEN RESEARCH AND DEVELOPMENT
                              TRUST, Plaintiff

                              _____
                              Melody A. Kramer, Esq.
                              J. Michael Kaler
                              Attorney for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Friday, March 28, 2008, I served the following documents:

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

| **PERSON(S) SERVED** | **PARTY(IES) SERVED** | **METHOD OF SERVICE** |
|---|---|---|
| Gary M. Anderson<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, CA 90045<br>litdocketla@fulpat.com<br>ganderson@fulpat.com | Rally Manufacturing, Inc. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

2.

Case No. 08cv305 BTM CAB

1  ☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

2

3   I declare that the foregoing is true and correct, and that this declaration was executed on

4  Friday, March 28, 2008, in San Diego, California.

5

6                                                                 /s./ Melody A. Kramer
                                                                  ─────────────────────
7                                                                 Melody A. Kramer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28