MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> RALLY MANUFACTURING, INC., a Florida Corporation; and DOES 1 – 100, <br><br> Defendants. | Case No. 08 cv 305 BTM CAB <br><br> **REQUEST FOR ENTRY OF DEFAULT PURSUANT TO *FED.R.CIV.P.* RULE 55(a) AGAINST DEFENDANT RALLY MANUFACTURING, INC.** |

TO THE CLERK:

PLAINTIFF Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") hereby requests the clerk to enter the default of Defendant Rally Manufacturing, Inc. pursuant to Fed.R.Civ.P. Rule 55(a) and 55(b).

On February 22, 2008, Defendant Rally Manufacturing, Inc. was served by certified mail pursuant to Fed.R.Civ.P. Rule 4 and *California Code of Civil Procedure* § 415.40. Pursuant to statute, the effective date of service when certified mail service is accomplished is 10 days after the date of mailing, or March 3, 2008. See Docket # 7 Summons Returned Executed.

Defendant Rally Manufacturing, Inc.'s responsive pleading was due on or before March 24, 2008. No responsive pleading compliant with Fed.R.Civ.P. Rules 8 or 12 were filed as reflected in the court docket, thereby placing Defendant Rally Manufacturing, Inc. in default.

WHEREFORE, Plaintiff requests the Clerk to enter the default of Defendant Rally Manufacturing, Inc.

DATED this Thursday, April 03, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ Melody A. Kramer
        Melody A. Kramer, Esq.
        J. Michael Kaler
        Attorney for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, April 03, 2008, I served the following documents:

**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO *FED.R.CIV.P.* RULE 55(a) AGAINST DEFENDANT RALLY MANUFACTURING, INC.**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Gary M. Anderson<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, CA 90045<br>litdocketla@fulpat.com<br>ganderson@fulpat.com | Rally Manufacturing, Inc. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, April 03, 2008, in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer

3.

Case No. 08cv305 BTM CAB