J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>RALLY MANUFACTURING, INC., a Florida Corporation; and DOES 1 – 100,<br><br>　　　　　　Defendants. | Case No. 08 CV 305 BTM CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date:  April 25, 2008<br>Time:  11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT*<br>*UNLESS REQUESTED BY THE COURT* |

1  PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and
2  Development Trust ("SRDT") respectfully requests the Court to take judicial notice
3  of the following documents in support of Plaintiff's Opposition to Defendant's
4  Motion to Stay:

5  1. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit
6  B; and

7  2. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

8  Courtesy copies are attached hereto.

10  DATED this Thursday, April 10, 2008.

    JENS ERIK SORENSEN, as Trustee of
    SORENSEN RESEARCH AND DEVELOPMENT
    TRUST, Plaintiff

    /s/ J. Michael Kaler
    ———————————————
    J. Michael Kaler, Esq.
    Attorney for Plaintiff