# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                          Plaintiff,<br>   vs.<br><br>RALLY MANUFACTURING, INC.<br><br>                          Defendant. | CASE NO. 08CV305 BTM (CAB)<br><br>ORDER DENYING ENTRY OF DEFAULT |

For the reasons stated on the record at the February 25, 2008 status conference in <u>Sorensen v. Helen of Troy</u>, 07cv2278, the Court DENIES Plaintiff's request for entry of default. As explained during the status conference, the Court will exercise its discretion and not grant default on the ground that a defendant filed a motion for stay rather than an answer or other responsive pleading specified in Rule 12(b). Defendant shall file an answer within 60 days of this order. The Court orders the Clerk of the Court not to enter default pursuant to Plaintiff's request for entry of default.

In related <u>Sorensen</u> cases where a defendant files a timely motion to stay in lieu of an answer or other Rule 12(b) motion, Plaintiff shall not request entry of default. Such requests would result in unnecessary and duplicative litigation given that the Court has already expressed that it will exercise its discretion and decline to grant default in this

//

1  situation.  Plaintiffs may raise the timing of the filing of an answer or any other basis for relief
2  from any prejudice in opposition to a motion to stay.
3  IT IS SO ORDERED.
4
5  DATED:  May 7, 2008
6  *[signature: Barry Ted Moskowitz]*
7  Honorable Barry Ted Moskowitz
   United States District Judge