1  Gary M. Anderson (State Bar No. 97385)
   Jessica Brookhart-Knost (State Bar No. 246244)
2  FULWIDER PATTON LLP
   Howard Hughes Center
3  6060 Center Drive, Tenth Floor
   Los Angeles, California 90045
4  Telephone: (310) 824-5555
   Facsimile: (310) 824-9696
5  litdocketla@fulpat.com

6  Attorneys for Defendant Rally Manufacturing, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11

| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | CASE NO. 08-CV-305 BEN AJB |
|---|---|
| Plaintiff, | **Notice of Party with Financial Interest** |
| v. | Assigned to The Hon. Barry . Moskowitz |
| RALLY MANUFACTURING, INC., a Florida Corporation, | Dept. 15 |
| Defendant. | Complaint Filed: February 15, 2008 |

In accordance with Federal Rule of Civil Procedure 7.1, and Local Rule 40.2, the undersigned, counsel of record for Defendant Rally Manufacturing, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal.

| NAME OF PARTY | CONNECTION AND INTEREST |
|---|---|
| Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust | Plaintiff |
| Rally Manufacturing, Inc., a Florida corporation | Defendant |

1      1.    No publicly held corporation owns 10% or more of Defendant Rally

2  Manufacturing, Inc.'s Corporation's stock.

3      2.    Upon information and belief, there are no other persons, associations of

4  persons, firms, partnerships, corporations, or insurance carriers that have a direct

5  pecuniary interest in the outcome of the case.

6  DATED: June 26, 2008          Respectfully submitted,

7                                FULWIDER PATTON LLP

8

9

10                      By: s/Gary M. Anderson/

11                         Gary Anderson
                       Jessica L. Brookhart-Knost

12                         Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Party with Financial Interest
Civil Action No. 08-CV-305 BEN AJB

**CERTIFICATE OF SERVICE**

1

2

3    I certify that on **June 26, 2008**, the foregoing **NOTICE OF PARTY WITH**

4    **FINANCIAL INTEREST** was electronically filed the with the Clerk of the Court

5    using the CM/ECF system which will send notification of such filing to the

6    CM/ECF participant(s) e-mail address(es) denoted on the attached Electronic Mail

7    Notice List.  For Parties who are not Filing Users, I hereby certify that I have mailed

8    the foregoing document or paper via the United States Postal Service to the non-

9    CM/ECF participant(s), if any, indicated on the attached Manual Notice List.

10

11    I certify under penalty of perjury under the laws of the United States of

12    America that the foregoing is true and correct.

13    Executed on June 26, 2008.

14

15    _____

16    Carrie L. Rose

17

18

19

20

21

22

23

24

25

26

27

28

293947.1

Notice of Party with Financial Interest
Civil Action No. 08-CV-305 BEN AJB

# Mailing Information for a Case 3:08-cv-00305-BTM-CAB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gary M Anderson**
  ganderson@fulpat.com,LitDocketLA@fulpat.com

- **James Michael Kaler**
  michael@kalerlaw.com,funlawguy@yahoo.com

- **Melody A Kramer**
  mak@kramerlawip.com,esbjork@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)