MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　　Plaintiff<br>　v.<br><br>RALLY MANUFACTURING, INC., a Florida Corporation; and DOES 1 – 100,<br><br>　　　　　　　　　　Defendants. | Case No. 08 cv 305 BTM CAB<br><br>**NOTICE OF MOTION AND MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**<br><br>Date: August 8, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*Oral Argument Has Been Respectfully Requested by Plaintiff* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2008, at 11:00 a.m. or as soon thereafter as this matter may be heard before the Honorable Barry T. Moskowitz, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research & Development Trust, will move and hereby does move this Court for an order granting Plaintiff's Motion for Exception to Stay to Preserve Evidence.

This motion is made on the following grounds:

1. Plaintiff believes the preservation of evidence is necessary and that delay until completion of the '184 patent reexamination creates the risk of loss of evidence;

2. Defendants are unwilling to informally agree to the relief requested.

DATED this Thursday, June 26, 2008.

                         JENS ERIK SORENSEN, as Trustee of
                         SORENSEN RESEARCH AND DEVELOPMENT
                         TRUST, Plaintiff

                         /s/ Melody A. Kramer
                         Melody A. Kramer, Esq.
                         J. Michael Kaler, Esq.
                         Attorneys for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, June 26, 2008, I served the following documents:

**NOTICE OF MOTION AND MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

**PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Gary M. Anderson<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, CA 90045<br>litdocketla@fulpat.com<br>ganderson@fulpat.com | Rally Manufacturing, Inc. | Email - Pleadings Filed with the Court via ECF |

[X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, June 26, 2008, in San Diego, California.

/s/ Melody A. Kramer
———————————————
Melody A. Kramer