Gary M. Anderson (State Bar No. 97385)
Jessica Brookhart-Knost (State Bar No. 246244)
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696
litdocketla@fulpat.com

Attorneys for Defendant Rally Manufacturing, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RALLY MANUFACTURING, INC., a Florida Corporation,<br><br>Defendant. | CASE NO. 08-CV-305 BTM-CAB<br><br>Assigned to The Hon. Barry . Moskowitz<br>Dept. 15<br>Complaint Filed: February 15, 2008<br><br>**Notice of Attorney Appearance of Jessica Brookhart-Knost** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Jessica Brookhart-Knost of Fulwider Patton LLP hereby enters her appearance on behalf of Defendant Rally Manufacturing, Inc., ("Rally"). In addition to existing counsel of record Gary M. Anderson, of Fulwider Patton LLP, please add Jessica Brookhart-Knost as an attorney to be noticed in this case with the following contact information:

|   |   |
|---|---|
| | **Jessica Brookhart-Knost, Esq.** |
| | **Fulwider Patton LLP** |
| | **6060 Center Drive, Tenth Floor** |
| | **Los Angeles, CA 90045** |
| | Email  jknost@fulpat.com |
| | Tel (310) 824-5555 |
| | Fax (310) 824-9696 |

DATED: July 7, 2008            Respectfully submitted,

                                               FULWIDER PATTON LLP


                                               By:  /s/Jessica Brookhart-Knost
                                                      Gary M. Anderson
                                                      Jessica Brookhart-Knost
                                                      Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on **July 7, 2008**, the foregoing **NOTICE OF ATTORNEY APPEARANCE OF JESSICA BROOKHART-KNOST** was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant(s) e-mail address(es) denoted on the attached Electronic Mail Notice List. For Parties who are not Filing Users, I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s), if any, indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 7, 2008**.

_____
Carrie Rose

# Mailing Information for a Case 3:08-cv-00305-BTM-CAB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gary M Anderson**
  ganderson@fulpat.com,LitDocketLA@fulpat.com

- **James Michael Kaler**
  michael@kalerlaw.com,funlawguy@yahoo.com

- **Melody A Kramer**
  mak@kramerlawip.com,esbjork@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`