MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>         Plaintiff<br>   v.<br><br>RALLY MANUFACTURING, INC., a Florida Corporation,<br><br>         Defendant. | Case No. 08-cv-305 BTM (CAB)<br><br>**NOTICE OF MOOTNESS OF PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE (Docket # 19)**<br><br>Date:  August 20, 2008<br>Time:  11:30 a.m.<br>Courtroom:  15, Fifth Floor<br>Judge:  Hon. Barry T. Moskowitz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

1    Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby advises the Court that Plaintiff's Motion for Exception to Stay to Preserve Evidence ("Motion") (Docket #19) has been rendered moot due to information provided by Defendant in its Opposition to Plaintiff's Motion (Docket # 23) ("Opposition").

In Plaintiff's Motion, SRDT requested sworn identification of non-party manufacturers for the Accused Products from Defendant. Furthermore, SRDT requested permission from the Court to use any available procedural steps to acquire process information from those parties during the pendency of the stay, just as the Court had done in the related *Sorensen v. Black & Decker*, Case No. 06cv1572, case.

At page 3 of the Opposition, Defendant Rally provides the requested identification and represents to Plaintiff and the Court that the identified entity is the sole entity in possession, custody and control of the tooling for the Accused Products. In light of Rule 11 requirements for signature of a pleading, Plaintiff is treating Defendant's representation in its Opposition as equivalent to a sworn identification, thereby making that request in SRDT's motion moot.

Furthermore, because the identified entity is a Chinese company that is outside of the jurisdiction of United States courts, it is apparent that SRDT will be unable to issue third-party discovery requests, permission for which was the second part of SRDT's Motion. This makes the second request in SRDT's motion moot.

Having now taken all reasonable efforts to obtain process information, SRDT is now entitled to invocation of the 35 U.S.C. § 295 presumption of infringement against Defendant and will file a motion for that relief as soon as permissible.

//

1  DATED this 12th day of August, 2008.

        JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer, Esq.

_____

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, August 12, 2008, I served the following documents:

NOTICE OF MOOTNESS OF PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE (Docket # 19)

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Gary M. Anderson<br>Jessica Brookhart-Knost<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, CA 90045<br>litdocketla@fulpat.com<br>ganderson@fulpat.com<br>jknost@fulpat.com | Rally Manufacturing, Inc. | Email - Pleadings Filed with the Court via ECF |

[X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

[ ] (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, August 12, 2008, in San Diego, California.

/s/ Melody A. Kramer
———————————————
Melody A. Kramer