# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>RALLY MANUFACTURING, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08CV305 BTM (CAB)<br><br>ORDER DENYING MOTION AS MOOT |

　　　Based on Plaintiff's Notice of Mootness, the Court DENIES Plaintiff's motion for exception to stay as moot. Plaintiff may review its motion for exception to stay if necessary.

IT IS SO ORDERED.

DATED: September 2, 2008

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge